# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Calvin Wilson,

       Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          3:07cv297-1

United States of America,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/1/07 Order.


Signed: August 3, 2007

Frank G. Johns, Clerk
United States District Court

Dockets.Justia.com